UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
*Plaintiff*

v.  **CRIMINAL NO.** 08-398(ADC)

**ORSINI-MARTINEZ ET AL**
*Defendants*

## MOTION TO WITHDRAW

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, by and through its undersigned attorneys and respectfully states and prays that Assistant United States Attorney Timothy Henwood is not assigned to the above-mentioned case.

**WHEREFORE,** the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Timothy Henwood in the instant case.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 18th day of August, 2025.

W. Stephen Muldrow
United States Attorney

*s / Timothy R. Henwood*
Timothy R. Henwood – USDC 218608
Assistant U.S. Attorney
Chief, Criminal Division
Torre Chardon, Suite 1201
350 Carlos Chardon Ave.
San Juan, P.R.  00918
Phone: (787)766-5656
e-mail:  timothy.henwood@usdoj.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel.

In San Juan, Puerto Rico, this 18th day of August, 2025.

*s / Timothy R. Henwood*
Timothy R. Henwood
Assistant U.S. Attorney
Chief, Criminal Division
